NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRISTAN B.L. SIEGEL,**
*Petitioner,*

**v.**

**DEPARTMENT OF STATE,**
*Respondent.*

---

2012-3039

---

Appeal from the Merit Systems Protection Board in case no. DC4324110126-I-1.

---

**JUDGMENT**

---

TRISTAN B.L. SIEGEL, of Columbia, Maryland, pro se.

ELLEN M. LYNCH, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2012   /s/ Jan Horbaly
Date       Jan Horbaly
         Clerk